

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

OCT 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 24-6301 |
| Originating Case Number: | 2:24-cv-02030-KML |
| Short Title: | Strong Communities Foundation of Arizona, Inc., et al. v. Richer, et al. |

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**

**Please read the enclosure materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 24-6301 |
| Originating Case Number: | 2:24-cv-02030-KML |
| Case Title: | Strong Communities Foundation of Arizona, Inc., et al. v. Richer, et al. |

**Wednesday, November 13, 2024**

| | |
|---|---|
| Strong Communities Foundation of Arizona, Inc. | Preliminary Injunction Opening Brief Due |
| Yvonne Cahill | Preliminary Injunction Opening Brief Due |

**Wednesday, December 11, 2024**

| | |
|---|---|
| Stephen Richer | Preliminary Injunction Answering Brief Due |
| County of Maricopa | Preliminary Injunction Answering Brief Due |
| Larry Noble | Preliminary Injunction Answering Brief Due |
| David W. Stevens | Preliminary Injunction Answering Brief Due |
| Patty Hansen | Preliminary Injunction Answering Brief Due |
| Sadie Jo Bingham | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| Polly Merriman | Preliminary Injunction Answering Brief Due |
| Sharie Milheiro | Preliminary Injunction Answering Brief Due |
| Richard Garcia | Preliminary Injunction Answering Brief Due |
| Lydia Durst | Preliminary Injunction Answering Brief Due |
| Michael Sample | Preliminary Injunction Answering Brief Due |
| Gabriella Cazares-Kelly | Preliminary Injunction Answering Brief Due |
| Dana Lewis | Preliminary Injunction Answering Brief Due |
| Anita Moreno | Preliminary Injunction Answering Brief Due |
| Michelle Burchill | Preliminary Injunction Answering Brief Due |
| Richard Colwell | Preliminary Injunction Answering Brief Due |
| County of Apache | Preliminary Injunction Answering Brief Due |
| County of Cochise | Preliminary Injunction Answering Brief Due |
| County of Coconino | Preliminary Injunction Answering Brief Due |
| County of Gila | Preliminary Injunction Answering Brief Due |
| County of Graham | Preliminary Injunction Answering Brief Due |
| County of Greenlee | Preliminary Injunction Answering Brief Due |
| County of La Paz | Preliminary Injunction Answering Brief Due |
| County of Mohave | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| County of Navajo | Preliminary Injunction Answering Brief Due |
| County of Pima | Preliminary Injunction Answering Brief Due |
| County of Pinal | Preliminary Injunction Answering Brief Due |
| County of Santa Cruz | Preliminary Injunction Answering Brief Due |
| County of Yavapai | Preliminary Injunction Answering Brief Due |
| County of Yuma | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**