No. 24-6301

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

———————————

STRONG COMMUNITIES FOUNDATION OF ARIZONA, INC, ET AL.,

*Plaintiffs-Appellants*,

v.

STEPHEN RICHER, ET AL.,

*Defendants-Appellees*.

———————————

On Appeal from the United States District Court for the
District of Arizona
No. 2:24-cv-02030-KML
Hon. Krissa M. Lanham

———————————

**JOINDER IN BRIEF OF
MARICOPA COUNTY DEFENDANTS-APPELLEES**

———————————

LAURA CONOVER
PIMA COUNTY ATTORNEY

Daniel Jurkowitz
Deputy County Attorney
PIMA COUNTY ATTORNEY'S OFFICE
CIVIL DIVISION
32 N. Stone #2100
Tucson, AZ 85701
Daniel.Jurkowitz@pcao.pima.gov

*Attorney for Pima County Defendants-Appellees*

Defendants-Appellees Pima County and the Pima County Recorder Gabriella Cázares-Kelly, hereby give notice of their joinder in the answering brief of Defendants-Appellees Maricopa County Defendants filed on December 11, 2024.

DATED this 11th day of December, 2024.

LAURA CONOVER
PIMA COUNTY ATTORNEY

By: /s/ Daniel Jurkowitz
     Daniel Jurkowitz
     Deputy County Attorney
     PIMA COUNTY ATTORNEY'S OFFICE
     CIVIL DIVISION
     32 N. Stone #2100
     Tucson, AZ 85701
     Daniel.Jurkowitz@pcao.pima.gov

*Attorney for Pima County Defendants-Appellees*

## Certificate of Compliance

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 37 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface in Times New Roman 14-point font.

DATED this 11th day of December, 2024.

LAURA CONOVER
PIMA COUNTY ATTORNEY

By:　　/s/ Daniel Jurkowitz
　　　　Daniel Jurkowitz
　　　　Deputy County Attorney
　　　　PIMA COUNTY ATTORNEY'S OFFICE
　　　　CIVIL DIVISION
　　　　32 N. Stone #2100
　　　　Tucson, AZ 85701
　　　　Daniel.Jurkowitz@pcao.pima.gov
　　　　*Attorney for Pima County Defendants-Appellees*

## Certificate of Service

I hereby certify that on December 11, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

    LAURA CONOVER
    PIMA COUNTY ATTORNEY

    By:    /s/ Daniel Jurkowitz
            Daniel Jurkowitz
            Deputy County Attorney
            PIMA COUNTY ATTORNEY'S OFFICE
            CIVIL DIVISION
            32 N. Stone #2100
            Tucson, AZ 85701
            Daniel.Jurkowitz@pcao.pima.gov
            *Attorney for Pima County Defendants-Appellees*