No. 24-6301

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

STRONG COMMUNITIES FOUNDATION OF ARIZONA, INC, ET AL.,

*Plaintiffs-Appellants*,

v.

STEPHEN RICHER, ET AL.,

*Defendants-Appellees*.

On Appeal from the United States District Court for the
District of Arizona
No. 2:24-cv-02030-KML
Hon. Krissa M. Lanham

## JOINDER IN BRIEF OF
## MARICOPA COUNTY DEFENDANTS-APPELLEES

BRADLEY D. BEAUCHAMP
GILA COUNTY ATTORNEY

Joe A. Albo  Deputy
County Attorney
GILA COUNTY ATTORNEY'S OFFICE
CIVIL DIVISION
1400 E. Ash Street,
Globe, AZ 85501
jalbo@gilacountyaz.gov

*Attorney for Gila County Defendants-Appellees*

Defendants-Appellees, Gila County and the Gila County Recorder Sadie Jo Bingham, hereby give notice of their joinder in the answering brief of Defendants-Appellees Maricopa County Defendants filed on December 11, 2024.

DATED this 11th day of December, 2024.

BRADLEY D. BEAUCHAMP
GILA COUNTY ATTORNEY

By: /s/ Joe A. Albo
    Joe A. Albo
    Deputy County Attorney
    GILA COUNTY ATTORNEY'S OFFICE
    CIVIL DIVISION
    1400 E. Ash Street,
    Globe, AZ 85501
    jalbo@gilacountyaz.gov

*Attorney for Gila County Defendants-Appellees*

## Certificate of Compliance

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 37 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface in Times New Roman 14-point font.

DATED this 11th day of December, 2024.


BRADLEY D. BEAUCHAMP
GILA COUNTY ATTORNEY

By:  /s/ Joe A. Albo
     Joe A. Albo
     Deputy County Attorney
     GILA COUNTY ATTORNEY'S OFFICE
     CIVIL DIVISION
     1400 E. Ash Street,
     Globe, AZ 85501
     jalbo@gilacountyaz.gov

*Attorney for Gila County Defendants-Appellees*

## Certificate of Service

I hereby certify that on December 11, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

> BRADLEY D. BEAUCHAMP
> GILA COUNTY ATTORNEY
>
> By:   /s/ Joe A. Albo
>        Joe A. Albo
>        Deputy County Attorney
>        GILA COUNTY ATTORNEY'S OFFICE
>        CIVIL DIVISION
>        1400 E. Ash Street,
>        Globe, AZ 85501
>        jalbo@gilacountyaz.gov
>
> *Attorney for Gila County Defendants-Appellees*