No. 24-6301

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

STRONG COMMUNITIES FOUNDATION OF ARIZONA, INC., ET AL.,

*Plaintiffs-Appellants*,

v.

STEPHEN RICHER, IN HIS OFFICIAL CAPACITY AS MARICOPA COUNTY RECORDER, ET AL.,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of Arizona
No. CV-24-02030-PHX-KML
Hon. Krissa M. Lanham

### JOINDER IN BRIEF OF MARICOPA COUNTY DEFENDANTS-APPELLEES

FLAGSTAFF LAW GROUP

Rose Winkeler
Flagstaff Law Group
702 N. Beaver St.
Flagstaff, AZ 86001
rose@flaglawgroup.com

*Attorneys for Coconino County Defendants-Appellants*

Defendants-Appellees Coconino County and the Coconino County Recorder, Patty Hansen, hereby give notice of their joinder in the answering brief of Maricopa County Defendants-Appellees filed on December 11, 2024.

DATED this 11th day of December, 2024.

FLAGSTAFF LAW GROUP

By: /s/ Rose Winkeler
Rose Winkeler
Flagstaff Law Group
702 N. Beaver St.
Flagstaff, AZ 86001
rose@flaglawgroup.com

*Attorneys for Coconino County Defendants-Appellees*

## Certificate of Compliance

1. This document complies with the type-volume limit of Fed. R. App. P 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 36 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface in Times New Roman 14-point font.

DATED this 11th day of December, 2024.

    By: /s/ Rose Winkeler
        Rose Winkeler
        Flagstaff Law Group
        702 N. Beaver St.
        Flagstaff, AZ 86001
        rose@flaglawgroup.com

        *Attorneys for Coconino County Defendants-Appellees*

## Certificate of Service

I hereby certify that on December 11, 2024, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

By: /s/ Rose Winkeler
Rose Winkeler
Flagstaff Law Group
702 N. Beaver St.
Flagstaff, AZ 86001
rose@flaglawgroup.com

*Attorneys for Coconino County Defendants-Appellees*