**No. 24-6301**

---

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

———————————————

STRONG COMMUNITIES FOUNDATION OF ARIZONA, INC, ET. AL.,

*Plaintiffs-Appellants,*

v.

STEVEN RICHER, ET. AL.,

*Defendants-Appellees.*

———————————————

On Appeal from the United Stated District Court for the
District of Arizona
No. 2:24-cv-02030-KML
Hon. Krissa M. Lanham

———————————————

## JOINDER IN BRIEF OF
## MARICOPA COUNTY DEFENDANTS-APPELLEES

———————————————

BRADLEY CARLYON
Navajo County Attorney
Jason S. Moore
Deputy County Attorney
Navajo County Attorney's Office
P.O. Box 668
Holbrook, AZ 86025
jason.moore@navajocountyaz.gov

*Attorneys for Navajo County Defendants-Appellees*

Defendants-Appellees, Navajo County and the Navajo County Recorder Michael Sample, here by give notice of their joinder in the answering brief of Defendants-Appellees Maricopa County Defendants filed on December 11, 2024.

DATED this 11th day of December, 2024.

BRAD CARLYON
Navajo County Attorney


By: _____/s/ Jason S. Moore_____
       Jason S. Moore
       Deputy County Attorney
       NAVAJO COUNTY ATTORNEY'S OFFICE
       P.O. Box 668
       Holbrook, AZ 86025
       (928) 524-4307
       jason.moore@navajocountyaz.gov

       Attorney for Navajo County Defendants-Appellees

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed R. App. P. 32(f), this document contains 34 words

I further certify that this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-stle requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface in Times New Roman 14-point font.

DATED this 11th day of December, 2024

By: _____ /s/ Jason S. Moore _____ _____
NAVAJO COUNTY ATTORNEY'S OFFICE
Jason S. Moore
Deputy County Attorney

*Attorney for Navajo County Defendants-Appellants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2024, I electronically transmitted the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

BRAD CARLYON
Navajo County Attorney


By: _____/s/ Jason S. Moore_____

     Jason S. Moore
     Deputy County Attorney
     NAVAJO COUNTY ATTORNEY'S OFFICE
     P.O. Box 668
     Holbrook, AZ 86025
     (928) 524-4307
     jason.moore@navajocountyaz.gov

     *Attorney for Navajo County Defendants-Appellees*