No. 24-6301

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

───────────────

STRONG COMMUNITIES FOUNDATION OF ARIZONA, INC, ET. AL.,

*Plaintiffs-Appellants*,

v.

STEPHEN RICHER, ET AL.,

*Defendants-Appellees*.

───────────────

On Appeal from the United States District Court for the
District of Arizona
No. CV-24-02030-PHX-KML
Hon. Krissa M. Lanham

───────────────

**JOINDER IN BRIEF OF
MARICOPA COUNTY DEFENDANTS-APPELLEES**

───────────────

TONY ROGERS
LA PAZ COUNTY ATTORNEY

Rachel Shackelford
Chief Deputy County Attorney/Civil Deputy
LA PAZ COUNTY ATTORNEY'S OFFICE
1320 Kofa Avenue
Parker, Arizona 85344
rshackelford@lapaz.gov

*Attorney for La Paz County Defendants-Appellees*

Defendants-Appellees La Paz County and the La Paz County Recorder, Richard Garcia, hereby give notice of their joinder in the answering brief of Maricopa County Defendants-Appellees filed on December 11, 2024.

Dated this 11th day of December, 2024.

TONY ROGERS
LA PAZ COUNTY ATTORNEY


By:   /s/Rachel Shackelford
      Rachel Shackelford
      Chief Deputy County Attorney/Civil Deputy
      LA PAZ COUNTY ATTORNEY'S OFFICE
      1320 Kofa Avenue
      Parker, Arizona 85344
      rshackelford@lapaz.gov

*Attorney for La Paz County Defendants-Appellees*

## Certificate of Compliance

1) This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P 32(f), this document contains 38 words.

2) This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. 32(a)(6) because this document has be prepared in a proportionally spaced typeface in Times New Roman 14-Point font.

Dated this 11th day of December, 2024

TONY ROGERS
LA PAZ COUNTY ATTORNEY

By: /s/Rachel Shackelford
    Rachel Shackelford
    Chief Deputy County Attorney/Civil Deputy
    LA PAZ COUNTY ATTORNEY'S OFFICE
    1320 Kofa Avenue
    Parker, Arizona 85344
    rshackelford@lapaz.gov

*Attorney for La Paz County Defendants-Appellees*

## Certificate of Service

I hereby certify that on December 11, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system

Participants in the case who are registered CM/ECF users will be served by the Appellate CM/ECG System

TONY ROGERS
LA PAZ COUNTY ATTORNEY

By: /s/ Rachel Shackelford
    Rachel Shackelford
    Chief Deputy County Attorney/Civil Deputy
    LA PAZ COUNTY ATTORNEY'S OFFICE
    1320 Kofa Avenue
    Parker, Arizona 85344
    rshackelford@lapaz.gov

*Attorney for La Paz County Defendants-Appellees*