No. 24-6301

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

STRONG COMMUNITIES FOUNDATION OF ARIZONA, INC, ET AL.,

*Plaintiffs-Appellants*,

v.

STEPHEN RICHER, ET AL.,

*Defendants-Appellees*.

On Appeal from the United States District Court for the
District of Arizona
No. 2:24-cv-02030-KML
Hon. Krissa M. Lanham

## JOINDER IN BRIEF OF
## MARICOPA COUNTY DEFENDANTS-APPELLEES

L. SCOTT BENNETT
GRAHAM COUNTY ATTORNEY

Jean A. Roof
Chief Civil Deputy County Attorney
GRAHAM COUNTY ATTORNEY'S OFFICE
800 W. Main Street
Safford, AZ 85546
jroof@graham.az.gov
*Attorney for Graham County Defendants-Appellees*

Defendants-Appellees Graham County and the Graham County Recorder Polly Merriman hereby give notice of their joinder in the answering brief of Defendants-Appellees Maricopa County Defendants filed on December 11, 2024.

DATED this 11th day of December, 2024.

L. SCOTT BENNETT
GRAHAM COUNTY ATTORNEY

By: /s/ Jean A. Roof
    Jean A. Roof
    Chief Civil Deputy County Attorney
    GRAHAM COUNTY ATTORNEY'S OFFICE
    800 W. Main Street
    Safford, AZ 85546
    jroof@graham.az.gov
    *Attorney for Graham County Defendants-Appellees*

## Certificate of Compliance

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 37 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface in Times New Roman 14-point font.

DATED this 11th day of December, 2024.


L. SCOTT BENNETT
GRAHAM COUNTY ATTORNEY

By: /s/ Jean A. Roof
        Jean A. Roof
        Chief Civil Deputy County Attorney
        GRAHAM COUNTY ATTORNEY'S OFFICE
        800 W. Main Street
        Safford, AZ 85546
        jroof@graham.az.gov
        *Attorney for Graham County Defendants-Appellees*

## Certificate of Service

I hereby certify that on December 11, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

    L. SCOTT BENNETT
    GRAHAM COUNTY ATTORNEY

    By:    /s/ Jean A. Roof
            Jean A. Roof
            Chief Civil Deputy County Attorney
            GRAHAM COUNTY ATTORNEY'S OFFICE
            800 W. Main Street
            Safford, AZ 85546
            jroof@graham.az.gov
            *Attorney for Graham County Defendants-Appellees*