No. 24-6301

---

## UNITED STATES COURT OF THE APPEALS
## FOR THE NINTH CIRCUIT
_____

STRONG COMMUNITIES FOUNDATION OF ARIZONA, INC., ET. AL.,

*Plaintiffs-Appellants,*

v.

STEPHEN RICHER, ET. AL.,

*Defendants-Appellees.*

_____

On Appeal from the United States District Court for the
District of Arizona
No. 2:24-cv-02030-KML
Hon. Krissa M. Lanham
_____

## JOINDER IN BRIEF OF
## MARICOPA COUNTY DEFENDANTS-APPELLEES
_____

GEORGE E. SILVA
SANTA CRUZ COUNTY ATTORNEY
Robert F. May
Bureau Chief – Civil Division
Santa Cruz County Attorney's Office
2150 North Congress Drive, Suite 201
Nogales, Arizona   85621
rmay@santacruzcountyaz.gov

*Attorney for Santa Cruz County Defendants-Appellees*

Defendants-Appellees Santa Cruz County and the Santa Cruz County Recorder Anita Moreno, hereby give notice of their joinder in the answering brief of Defendants-Appellees Maricopa County Defendants filed on December 11, 2024.

DATED this 11th day of December, 2024.

GEORGE E. SILVA
SANTA CRUZ COUNTY ATTORNEY

By:     */s/Robert F. May*

Robert F. May
Bureau Chief – Civil Division
Santa Cruz County Attorney's Office
2150 North Congress Drive, Suite 201
Nogales, Arizona   85621
rmay@santacruzcountyaz.gov

*Attorney for Santa Cruz County Defendants-Appellees*

## Certificate of Compliance

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 39 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface in Times New Roman 14-point font.

DATED this 11th day of December, 2024.

GEORGE E. SILVA
SANTA CRUZ COUNTY ATTORNEY

By:     */s/Robert F. May*

       Robert F. May
       Bureau Chief – Civil Division
       Santa Cruz County Attorney's Office
       2150 North Congress Drive, Suite 201
       Nogales, Arizona   85621
       rmay@santacruzcountyaz.gov

       *Attorney for Santa Cruz County Defendants-Appellees*

## Certificate of Service

I hereby certify that on December 11, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

GEORGE E. SILVA
SANTA CRUZ COUNTY ATTORNEY

By:    */s/Robert F. May*_____

Robert F. May
Bureau Chief – Civil Division
Santa Cruz County Attorney's Office
2150 North Congress Drive, Suite 201
Nogales, Arizona   85621
rmay@santacruzcountyaz.gov

*Attorney for Santa Cruz County Defendants-Appellees*