No. 24-6301

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

STRONG COMMUNITIES FOUNDATION OF ARIZONA, INC, ET AL.,

*Plaintiffs-Appellants*,

v.

STEPHEN RICHER, ET AL.,

*Defendants-Appellees*.

On Appeal from the United States District Court for the
District of Arizona
No. 2:24-cv-02030-KML
Hon. Krissa M. Lanham

### JOINDER IN BRIEF OF
### MARICOPA COUNTY DEFENDANTS-APPELLEES

JON SMITH
YUMA COUNTY ATTORNEY

Jessica L. Holzer
Deputy County Attorney
YUMA COUNTY ATTORNEY'S OFFICE
CIVIL DIVISION
250 West Second Street, Suite G
Yuma, Arizona 85364
Jessica.Holzer@yumacountyaz.gov

*Attorney for Yuma County Defendants-Appellees*

Defendants-Appellees Yuma County and the Yuma County Recorder Richard Colwell, hereby give notice of their joinder in the answering brief of Defendants-Appellees Maricopa County Defendants filed on December 11, 2024.

DATED this 13th day of December, 2024.

JON SMITH
YUMA COUNTY ATTORNEY

By: /s/ Jessica L. Holzer
    Jessica L. Holzer
    Deputy County Attorney
    YUMA COUNTY ATTORNEY'S OFFICE
    CIVIL DIVISION
    250 West Second Street, Suite G
    Yuma, Arizona 85364
    Jessica.Holzer@yumacountyaz.gov

*Attorney for Yuma County Defendants-Appellees*

## Certificate of Compliance

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 30 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface in Times New Roman 14-point font.

DATED this 13th day of December, 2024.

JON SMITH
YUMA COUNTY ATTORNEY

By:  /s/ Jessica L. Holzer
    Jessica L. Holzer
    Deputy County Attorney
    YUMA COUNTY ATTORNEY'S OFFICE
    CIVIL DIVISION
    250 West Second Street, Suite G
    Yuma, Arizona 85364
    Jessica.Holzer@yumacountyaz.gov

*Attorney for Yuma County Defendants-Appellees*

## Certificate of Service

I hereby certify that on December 13, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

    JON SMITH
    YUMA COUNTY ATTORNEY

    By:    /s/ Jessica L. Holzer
           Jessica L. Holzer
           Deputy County Attorney
           YUMA COUNTY ATTORNEY'S OFFICE
           CIVIL DIVISION
           250 West Second Street, Suite G
           Yuma, Arizona 85364
           Jessica.Holzer@yumacountyaz.gov

*Attorney for Yuma County Defendants-Appellees*