**No. 24-6301**

---

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

———————————

STRONG COMMUNITIES FOUNDATION OF ARIZONA, INC, ET AL.,

*Plaintiffs-Appellants*,

v.

STEPHEN RICHER, ET AL.,

*Defendants-Appellees*.

———————————

On Appeal from the United States District Court for the
District of Arizona
No. 2:24-cv-02030-KML
Hon. Krissa M. Lanham

———————————

## NOTICE WITHDRAWING MOTION OF INTENT TO
## SUBMIT CASE ON BRIEFS

———————————

BRADLEY D. BEAUCHAMP
GILA COUNTY ATTORNEY

Joe A. Albo  Deputy
County Attorney
GILA COUNTY ATTORNEY'S OFFICE
CIVIL DIVISION
1400 E. Ash Street,
Globe, AZ 85501
jalbo@gilacountyaz.gov

*Attorney for Gila County Defendants-Appellees*

Defendants-Appellees, Gila County and the Gila County Recorder Sadie Jo Bingham, hereby give notice of their decision to withdraw the "Motion to Submit Case on Briefs.

DATED this 25th day of March, 2025.


BRADLEY D. BEAUCHAMP
GILA COUNTY ATTORNEY

By:     /s/ Joe A. Albo
        Joe A. Albo
        Deputy County Attorney
        GILA COUNTY ATTORNEY'S OFFICE
        CIVIL DIVISION
        1400 E. Ash Street,
        Globe, AZ 85501
        jalbo@gilacountyaz.gov

        *Attorney for Gila County Defendants-Appellees*

## Certificate of Compliance

1.  This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 37 words.

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface in Times New Roman 14-point font.

    DATED this 25th day of March, 2025.


BRADLEY D. BEAUCHAMP
GILA COUNTY ATTORNEY

By:     /s/ Joe A. Albo
        Joe A. Albo
        Deputy County Attorney
        GILA COUNTY ATTORNEY'S OFFICE
        CIVIL DIVISION
        1400 E. Ash Street,
        Globe, AZ 85501
        Mail to: jalbo@gilacountyaz.gov

        *Attorney for Gila County Defendants-Appellees*

**Certificate of Service**

I hereby certify that on March 25, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

BRADLEY D. BEAUCHAMP
GILA COUNTY ATTORNEY

By:  /s/ Joe A. Albo
      Joe A. Albo
      Deputy County Attorney
      GILA COUNTY ATTORNEY'S OFFICE
      CIVIL DIVISION
      1400 E. Ash Street,
      Globe, AZ 85501
      jalbo@gilacountyaz.gov

*Attorney for Gila County Defendants-Appellees*