**FRAP No. 24-6301**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

STRONG COMMUNITIES FOUNDATION OF ARIZONA, INC.; et al.,

Plaintiffs-Appellants,

v.

JUSTIN HEAP*, in his official capacity as Maricopa County Recorder; et al.,

Defendants-Appellees,

———————

On Appeal from the United States District
Court for the District of Arizona

**STIPULATED DISMISSAL OF MOHAVE COUNTY
DEFENDANTS PURSUANT TO FRAP 42(b)(1)**

James K. Rogers
America First Legal Foundation
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003
Phone: (202) 964-3721
James.Rogers@aflegal.org

Jennifer J. Wright (No. 027145)
Jennifer Wright Esq., PLC
4340 E. Indian School Rd
Suite #21-105
Phoenix, Arizona 85018
jen@jenwesq.com

*Attorneys for Plaintiffs-Appellants Strong Communities Foundation of Arizona, Inc. and Yvonne Cahill*

*After the 2024 general election, the previously named Maricopa County recorder, Stephen Richer, no longer holds that office. Under FRAP 43(c), the new Maricopa County Recorder, Justin Heap, has been "automatically substituted as a party."

Pursuant to FRAP 42(b)(1), the Plaintiff-Appellants ("Plaintiffs") and Defendants-Appellees Mohave County and Mohave County Recorder Lydia Durst (the "Mohave County Defendants") stipulate to dismiss this appeal, with all parties to bear their own attorneys' fees and costs. Accordingly, the signatories to this motion request that the Clerk dismiss the Mohave County Defendants.

The parties have stipulated to this dismissal because, on November 12, 2024, Mohave County Recorder Durst contacted DHS, asking that it respond to requests under 8 U.S.C. §§ 1373 and 1644 to verify the citizenship of the county's registered voters who have not provided documentary proof of citizenship. Recorder Durst did this pursuant to settlement negotiations between the parties. Because the Mohave County Defendants had not yet filed an answer or motion for summary judgment, the Plaintiffs voluntarily dismissed under Fed. R. Civ. P. 41(a)(1)(A) all their claims against the Mohave County Defendants, with prejudice. *See* ECF No. 119, attached hereto as Exhibit A.

As part of their settlement, the parties agreed that each side was to bear its own costs and fees.

The voluntary dismissal was filed in the district court after the Plaintiffs had filed their notice of appeal, and the Mohave County Defendants were therefore listed as parties to this appeal. However, the Plaintiffs and the Mohave County Defendants have settled all disputes between themselves and the Plaintiffs' claims against the Mohave County Defendants are moot. The Plaintiffs and the Mohave County Defendants, therefore, request that the Mohave County Defendants be dismissed from this appeal.

Dated: March 28, 2025

Respectfully submitted

America First Legal Foundation

By: /s/ *James K. Rogers*          .
James K. Rogers
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003

Jennifer Wright Esq., PLC

Jennifer J. Wright
4340 E. Indian School Rd
Suite #21-105
Phoenix, Arizona 85018

Attorneys for Plaintiffs-Appellants Strong Communities Foundation of Arizona and Yvonne Cahill

2

By: /s/ *Ryan H. Esplin* (with permission).
    Ryan H. Esplin
    Deputy County Attorney, Mohave
    County Attorney Office
    700 W. Beale St.
    Kingman, AZ 86401

    Attorney for Defendants-
    Appellees Mohave County and
    Mohave County Recorder