# Exhibit A

| | | |
|---|---|---|
| 1 | **AMERICA FIRST LEGAL FOUNDATION** | **JENNIFER WRIGHT ESQ., PLC** |
| 2 | James K. Rogers (No. 027287) | Jennifer J. Wright (No. 027145) |
| | *Senior Counsel* | 4350 E. Indian School Rd |
| 3 | 611 Pennsylvania Ave., SE #231 | Suite #21-105 |
| 4 | Washington, D.C. 20003 | Phoenix, Arizona 85018 |
| | Phone: (202) 964-3721 | jen@jenwesq.com |
| 5 | James.Rogers@aflegal.org | |

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Strong Communities Foundation of Arizona Incorporated, and Yvonne Cahill; | No. CV-24-02030-PHX-KML |
| Plaintiffs, | **THE PLAINTIFFS' NOTICE OF RULE 41(a)(1)(A) DISMISSAL OF THE MOHAVE COUNTY DEFENDANTS** |
| v. | |
| Stephen Richer, in his official capacity as Maricopa County Recorder; *et al.* | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the Plaintiffs dismiss all their claims, with prejudice, against Defendants Mohave County and Mohave County Recorder Lydia Durst (the "Mohave County Defendants"). Dismissal is appropriate under Rule 41(a)(1)(A) because the Mohave County Defendants have not yet filed an answer or motion for summary judgment. *See Pedrina v. Chun*, 987 F.2d 608, 610 (9th Cir. 1993) (holding that Rule 41(a)(1) allows "a plaintiff to dismiss fewer than all of the named defendants").

1

RESPECTFULLY SUBMITTED this 14th of November, 2024.

**America First Legal Foundation**

By: /s/ James Rogers
    James K. Rogers (No. 027287)
      *Senior Counsel*
    America First Legal Foundation
    611 Pennsylvania Ave., SE #231
    Washington, D.C. 20003
    Phone: (202) 964-3721
    James.Rogers@aflegal.org

    Jennifer J. Wright (027145)
    Jennifer Wright Esq., Plc
    4350 E. Indian School Rd
    Suite #21-105
    Phoenix, Arizona 85018
    jen@jenwesq.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2024, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing and transmittal of a Notice of Electronic filing to the CM/ECF registrants on record.

/s/ James K. Rogers
*Attorney for the Plaintiffs*

2